John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA 94946
Telephone:    (310) 765-7650
Facsimile:     (310) 765-7641

*Attorney for Plaintiff and Counterdefendant*
*Technology Licensing Company, Inc.*

**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
200 N. Sepulveda Blvd., Suite 1525
El Segundo, California 90245
Telephone:    (310) 765-7650
Facsimile:     (310) 765-7641

**LEE TRAN & LIANG APLC**
Steven R. Hansen (Bar No. 198401)
srh@ltlcounsel.com
601 S. Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone:    (213) 612-3737
Facsimile:     (213) 612-3773

*Attorneys for Defendant and Counterclaimant*
*VIZIO, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Technology Licensing Company, Inc., | Case No. 5:10-cv-05400 LHK |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| VIZIO, Inc., | |
| Defendant. | |

Plaintiff and Counterdefendant Technology Licensing Company, Inc. ("TLC") and Defendant and Counterclaimant VIZIO, Inc. ("VIZIO") (separately a "Party" or collectively the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the Parties' separate Settlement and Patent License Agreement, hereby stipulate and agree that:

1. All claims and counterclaims asserted in this action be dismissed with prejudice.
2. Neither Party admits liability for any of the claims or counterclaims asserted in this action.
3. Each Party shall bear its own costs and attorneys' fees incurred in this matter.
4. This Court shall retain jurisdiction over this matter solely to enforce, and pursuant to, the terms of the Parties' Settlement and Patent License Agreement.

DATED: May 26, 2011

By: /s/ John W. Carpenter

John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

DATED: May 26, 2011         **PRUETZ LAW GROUP LLP**

By: /s/ Adrian M. Pruetz

Adrian M. Pruetz
Attorneys for Defendant
VIZIO, Inc.

-1-

Stipulation of Dismissal and [Proposed] Order

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: __May 31__, 2011

_____
HON. LUCY H. KOH
United States District Judge

**Declaration of Consent**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from John W. Carpenter.

DATED:  May 26, 2011            **PRUETZ LAW GROUP LLP**

                                By: /s/ Adrian M. Pruetz
                                _____
                                Adrian M. Pruetz
                                Attorneys for Defendant
                                VIZIO, Inc.

-2-
Stipulation of Dismissal and [~~Proposed~~] Order